18 So.2d 878

### James W. BURNS v. STATE.
### 6 Div. 77.

Court of Appeals of Alabama.
June 13, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.
Affirmed.

12 So.2d 869

### Annie BUTLER v. STATE.
### 8 Div. 297.

Court of Appeals of Alabama.
Feb. 2, 1943.

Application for Rehearing Stricken
Mar. 2, 1943.

F. S. Parnell, of Florence, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.
Affirmed.

12 So.2d 869

### Annie BUTLER v. STATE.
### 8 Div. 298.

Court of Appeals of Alabama.
March 2, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

18 So.2d 878

### C. H. CAMP v. CITY OF BIRMINGHAM.
### 6 Div. 79.

Court of Appeals of Alabama.
May 9, 1944.

Wm. Conway, of Birmingham, for appellant.
Ralph E. Parker, of Birmingham, for appellee.

BRICKEN, Presiding Judge.
Affirmed.

11 So.2d 879

### Joe CANNON v. STATE.
### 7 Div. 741.

Court of Appeals of Alabama.
Jan. 19, 1943.

Merrill, Woolf & Merrill, of Anniston, for appellant.
Wm. N. McQueen, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

14 So.2d 912

### James CARDEN v. STATE.
### 7 Div. 718.

Court of Appeals of Alabama.
June 1, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.